States alone." See, also, *Curtner* v. *U. S.*, 149 U. S. 662, 13 Sup. Ct. 985, 1041.

We are of opinion that plaintiff cannot avail himself in this action of what he claimed to be an interruption of the running of the statute of limitations in favor of the defendants. The testimony offered by the defendants should have been allowed. There are some other questions raised on the appeal, which, in view of our decision upon the proposition above discussed, do not seem necessary to decide.

The judgment is reversed, and a new trial is ordered.

*Reversed.*

HUNT, J., concurs. PEMBERTON, C. J., did not sit in the case.

---

CASEY, RESPONDENT, *v.* ANDERSON ET AL., APPELLANTS.

[Submitted September 30, 1895. Decided November 25, 1895.]

See *syllabus* and opinion in *Casey* v. *Anderson, ante,* page 167.

*Appeal from Second Judicial District, Silver Bow County.*

EJECTMENT. Judgment was rendered for plaintiff below by McHATTON, J. Reversed.

PER CURIAM.—On the authority of *Casey* v. *Anderson* just decided, (*ante,* page 167,) this judgment is reversed, and new trial is ordered.